# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELLET MADDAUS,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, *et al*.,

    Defendants.

Case No. 2:14-CV-00155-KJD-VCF

**ORDER**

    Plaintiff's Complaint (#1) was filed January 28, 2014. Waiver of service of the summons and complaint was filed with the Court on May 30, 2014 and executed by Defendant Equifax Information Services LLC ("Equifax") on May 26, 2014. Defendant's answer was due on June 5, 2014. However, Defendant Equifax has failed to answer or otherwise respond to the complaint. Defendant Equifax remains the only defendant in this action. Neither party has taken an action of record involving Equifax since the waiver of service was filed with the Court. Therefore, the Court orders Plaintiff to file a status report, motion for default judgment, or notice of voluntarily dismissal no later than July 27, 2015.

**IT IS SO ORDERED**.

    DATED this 10th day of July 2015.

_____
Kent J. Dawson
United States District Judge